**FILED**

November, 18, 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

Plaintiff's Name Amilliyon R. Hackett-Addison

Prisoner No. 2420190

Institution WRTH Reentry Facility

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

Amilliyon Ray Hackett-Addison
*(Enter your full name)*

v.

Contra Costa County
Medical

*(Enter the full name(s) of all defendants in this action)*

Case No. 3:26-cv-14079-JSC
*(Provided by the Clerk upon filing)*

**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust the remedies available at your institution before your claim(s) can go forward. The court will dismiss any unexhausted claims.*

**A.** Place of present confinement WRTH Reentry Facility

**B.** Is there a grievance procedure in this institution? ☑ **YES** ☐ **NO**

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☑ **YES** ☐ **NO**

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: On 10/12/26 I wrote a grievance to medical about me being forced to sleep on a top bunk even when I have a low bunk Blue slip which ended with me falling off the top bunk while sleep
2. First formal level: On 10/24/26 I wrote a grievance to the sergeant about me having to sleep on the floor due to my low bunk low tier Blue slip not being honnored

3. Second formal level: ______________________________

4. Third formal level: ______________________________

**E.** Is the last level to which you appealed the highest level of appeal available to you?
☑ **YES** ☐ **NO**

**F.** If you did not present your claim for review through the grievance procedure, explain why.

## II. Parties.

**A.** If there are additional plaintiffs besides you, write their name(s) and present address(es).
Amilliyon. Ray. Hackett-Addison

**B.** For each defendant, provide full name, official position and place of employment.
Contra Costa County Medical-

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

I've had a Low bunk MEDICAL blue slip since 11/25/24 but have been placed on a top bunk on approximately 7/6/26 due to a new enviornment and movement. I told Custody; I cant be placed on a top bunk but they still proceeded to tell me to do so and they'll figure something out for

me soon. On 10/11/26 I ended up falling off the top bunk. I grieved to medical about this situation the following day on 10/12/26 I was seen by a doctor eight days later on 10/20/26, where I disclosed my problems with them. I was given a low bunk low tier blue slip that went unhonnored due to Custody keeping me housed in the same cell #77 which is located on the top tier and on the top bunk with my cellmate who also has a low bunk low tier blue slip forcing me to have no other option but to sleep on the floor due to my injuries enabling me to climb up to the top bunk. Multiple depts were verbally informed that I was sleeping on the floor and were to be moved due to my blue slip and injuries after four days of sleeping on the floor and waiting to be moved I grieved to the sergeant about my problems where even after the fact my blue slip went unhonnored and I was left still having to sleep on the floor throughout the time from Custody with deliberate indifference and total disregard of my medical needs, relocated me and several similar situated detainees with serious chronic issues who are ADA to a extreem High Security Unit West reentry treatment housing facility that has forced me to these deliberate indifferent atypical Cruel and unusual Conditions. Ive suffered sharp pains, daily due to being forced to go up and downstairs and the Top Bunk. The fall has insuried me

**IV. Relief.** Physically and mentally. Custody housing me in a supermax facility for no penilogical reason to me from a enviorement that afforded my medical needs

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Wherefore, Plantiff request that the Court grant the following relief. Award compensatory damages in the following amount $14,000,000.00 jointly and severally against defendant. Award punitive damages in the following amounts $250,000.00 against defendant KIDD

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 11/4/2026 [signature]

*Date* *Signature of Plaintiff*